## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

DANA MEAD-GOINS,

       Plaintiff,

v.

QUIKTRIP CORPORATION, JOHN
DOE CORPORATION, AND JOHN
DOE INDIVIDUAL,

       Defendants.

CIVIL ACTION FILE NO.

## NOTICE OF REMOVAL

COMES NOW, Defendant QuikTrip Corporation, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal of the above-styled action to the United States District Court for the Northern District of Georgia, Atlanta Division, and in support thereof, Defendant shows this Court as follows:

1.

This is a personal injury matter arising out of an alleged accident that occurred on June 15, 2019.

2.

The original suit, styled as Dana Mead-Goins v. Quiktrip Corporation, et al., Civil Action File No. STSV2021000972, was filed in the State Court of Henry

County, Georgia on June 14, 2021.  Timely Defenses and Answer were filed on July 15, 2021.

3.

Copies of the Complaint and Defenses and Answer filed in the State Court of Henry County are attached hereto as Exhibit "A." A copy of all other pleadings filed in this action, which are or may be required to be filed along with this Notice pursuant to 28 U.S.C. § 1446(a) are attached hereto as Exhibit "B."

4.

This Notice is filed within the timeframe specified in 28 U.S.C. § 1446(b).

5.

Plaintiff is a resident of the State of Florida.  (Exhibit "A" Plaintiff's Complaint for Damages).

6.

QuikTrip Corporation is an Oklahoma corporation with its principal place of business in Oklahoma.

7.

This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332 and is, accordingly, removable to this Court pursuant to 28 U.S.C. § 1441. The matter in controversy exceeds $75,000.00, exclusive of interest and costs, and the Action is between citizens of different

states.

8.

Defendant will this date give written notice of the filing of this Notice of Removal to adverse parties as required by 28 U.S.C. § 1446(d).

9.

All conditions precedent to removal have been satisfied.

WHEREFORE, Defendant prays that the above entitled action now pending in the State Court of Henry County, Georgia be removed therefrom to this Court.

This 15th day of July, 2021.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:    /s/ Sean L. Hynes
        SEAN L. HYNES
        Georgia State Bar No. 381698
        hynes@downeycleveland.com
        Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point Times New Roman.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:   /s/ Sean L. Hynes
       SEAN L. HYNES
       Georgia State Bar No. 381698
       hynes@downeycleveland.com
       Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Candace Alynn Hill Duvernay, Esq.
Hill Duvernay and Associates, LLC
110 Habersham Drive
Fayetteville, GA 30214

This 15th day of July, 2021.

DOWNEY & CLEVELAND, LLP

By: ___/s/ Sean L. Hynes_____
SEAN L. HYNES
Georgia State Bar No. 381698