📎 EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2021000972**
VAL
JUN 14, 2021 10:46 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

IN THE STATE COURT OF HENRY COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **DANA MEAD-GOINS,** | |
| Plaintiff, | CIVIL FILE NO. _____ |
| v. | |
| | **ACTION FOR DAMAGES** |
| **QUIKTRIP CORPORATION,** | |
| Defendant. | <u>**JURY TRIAL DEMANDED**</u> |

**RULE 5.2 CERTIFICATE OF SERVICE**

Pursuant to U.S.C.R. 5.2, this shall certify that I have this date served copies of

***Plaintiff's First Request for Admissions to Defendant QuikTrip Corporation*** and ***Plaintiff's First and Continuing Interrogatories and Requests for Production of Documents to Defendant QuikTrip Corporation*** to Defendant QuikTrip Corporation to Defendant by personal service:

CT Corporation System<br>
289 South Culver Street<br>
Lawrenceville, GA 30046

This 14th day of June, 2021.

/s/ *Candace Alynn Hill Duvernay*
CANDACE ALYNN HILL DUVERNAY
Georgia Bar No. 849535
Attorney for Plaintiff

Hill Duvernay and Associates, LLC
110 Habersham Drive, Suite 102
Fayetteville, Georgia 30214

**Exhibit B**

⚡ EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2021000972**
VAL
JUL 15, 2021 09:58 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

IN THE STATE COURT OF HENRY COUNTY

STATE OF GEORGIA

| | |
|---|---|
| DANA MEAD-GOINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. STSV2021000972 |
| QUIKTRIP CORPORATION, JOHN ) | |
| DOE CORPORATION, and JOHN DOE ) | |
| INDIVIDUAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEMAND FOR TWELVE MEMBER JURY TRIAL

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and demands a trial by a twelve member jury in the above styled action.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Candace Alynn Hill Duvernay, Esq.
Hill Duvernay and Associates, LLC.
110 Habersham Drive
Fayetteville, Georgia 30214

This 15th day of July, 2021.

                                     **DOWNEY & CLEVELAND, LLP**

                                     By:   /s/ Sean L. Hynes
                                                     SEAN L. HYNES
                                                     Georgia State Bar No. 381698

4818-3705-7299, v. 2

⚞ EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA
**STSV2021000972**
VAL
JUL 15, 2021 09:58 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

## IN THE STATE COURT OF HENRY COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| DANA MEAD-GOINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. STSV2021000972 |
| QUIKTRIP CORPORATION, JOHN ) | |
| DOE CORPORATION, and JOHN DOE ) | |
| INDIVIDUAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that on the date shown, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, served copies of the following pleadings:

1. Defendant's First Continuing Interrogatories to Plaintiff;
2. Defendant's First Request for Production of Documents to Plaintiff;
3. Defendant's First Request for Admissions to Plaintiff; and
4. Defendant's Responses to Plaintiff's Request for Admissions.

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Candace Alynn Hill Duvernay, Esq.
Hill Duvernay and Associates, LLC.
110 Habersham Drive
Fayetteville, Georgia 30214

This 15th day of July, 2021.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Candace Alynn Hill Duvernay, Esq.
Hill Duvernay and Associates, LLC.
110 Habersham Drive
Fayetteville, Georgia 30214

This 15th day of July, 2021.

                                **DOWNEY & CLEVELAND, LLP**

                                By: /s/ Sean L. Hynes
                                      SEAN L. HYNES
                                      Georgia State Bar No. 381698

4818-3705-7299, v. 2

IN THE STATE COURT OF HENRY COUNTY

STATE OF GEORGIA

🔔 EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2021000972**
VAL
JUL 15, 2021 09:58 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

| | |
|---|---|
| DANA MEAD-GOINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. STSV2021000972 |
| QUIKTRIP CORPORATION, JOHN ) | |
| DOE CORPORATION, and JOHN DOE ) | |
| INDIVIDUAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT'S NOTICE OF FILING ORIGINAL DISCOVERY

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and files the following Original Discovery with the Clerk of Court:

1.

Defendant's Responses to Plaintiff's First Request for Admissions.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:  /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Candace Alynn Hill Duvernay, Esq.
Hill Duvernay and Associates, LLC.
110 Habersham Drive
Fayetteville, Georgia 30214

This 15th day of July, 2021.

                               **DOWNEY & CLEVELAND, LLP**

                               By:    /s/ Sean L. Hynes
                                         SEAN L. HYNES
                                         Georgia State Bar No. 381698

4818-3705-7299, v. 2

**EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2021000972**
VAL
JUL 15, 2021 09:58 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

IN THE STATE COURT OF HENRY COUNTY

STATE OF GEORGIA

| | |
|---|---|
| DANA MEAD-GOINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. STSV2021000972 |
| QUIKTRIP CORPORATION, JOHN ) | |
| DOE CORPORATION, and JOHN DOE ) | |
| INDIVIDUAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and responds to Plaintiff's First Request for Admissions as follows:

### GENERAL OBJECTION

Defendant objects to the Request for Admissions served by Plaintiff along with the Complaint on the grounds that it is it is inappropriate for Plaintiff to serve such request for admissions along with the complaint. See Perez v. Miami-Dade Cnty., 297 F.3d 1255, 1266 (11th Cir. 2002). It is too early for Defendant, having not yet received the allegations, to perceive what facts should or should not be contested. It is further inappropriate for Plaintiff to re-serve the complaint in the form of Request for Admissions in order to require Defendant to admit or deny nearly every paragraph of a Complaint that it has already answered." Id.

1.

Defendant admits the averments contained in paragraph 1 of Plaintiff's Request for Admissions.

2.

Defendant admits the averments contained in paragraph 2 of Plaintiff's Request for Admissions.

3.

Defendant denies the averments contained in paragraph 3 of Plaintiff's Request for Admissions.

4.

Upon information and belief, and after reasonable inquiry, the information known or readily obtainable by Defendant is insufficient to enable Defendant to admit or deny the averments contained in paragraph 4 of Plaintiff's Request for Admissions.

5.

Defendant denies the averments contained in paragraph 5 of Plaintiff's Request for Admissions.

6.

Defendant denies the averments contained in paragraph 6 of Plaintiff's Request for Admissions.

7.

Defendant denies the averments contained in paragraph 7 of Plaintiff's Request for Admissions.

8.

Defendant denies the averments contained in paragraph 8 of Plaintiff's Request for Admissions.

9.

Defendant denies the averments contained in paragraph 9 of Plaintiff's Request for Admissions.

10.

Defendant denies the averments contained in paragraph 10 of Plaintiff's Request for Admissions.

11.

Defendant denies the averments contained in paragraph 11 of Plaintiff's Request for Admissions.

12.

Defendant denies the averments contained in paragraph 12 of Plaintiff's Request for Admissions.

13.

Defendant denies the averments contained in paragraph 13 of Plaintiff's Request for Admissions.

14.

Defendant denies the averments contained in paragraph 14 of Plaintiff's Request for Admissions.

15.

Defendant denies the averments contained in paragraph 15 of Plaintiff's Request for Admissions.

16.

Defendant denies the averments contained in paragraph 16 of Plaintiff's Request for Admissions.

17.

Defendant admits the averments contained in paragraph 17 of Plaintiff's Request for Admissions.

18.

Defendant admits the averments contained in paragraph 18 of Plaintiff's Request for Admissions.

19.

Defendant denies the averments contained in paragraph 19 of Plaintiff's Request for Admissions.

20.

Defendant admits the averments contained in paragraph 20 of Plaintiff's Request for Admissions.

21.

Defendant denies the averments contained in paragraph 21 of Plaintiff's Request for Admissions.

22.

Defendant denies the averments contained in paragraph 22 of Plaintiff's Request for Admissions.

23.

Defendant admits the averments contained in paragraph 23 of Plaintiff's Request for Admissions.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Candace Alynn Hill Duvernay, Esq.
Hill Duvernay and Associates, LLC.
110 Habersham Drive
Fayetteville, Georgia 30214

This 15th day of July, 2021.

                                        **DOWNEY & CLEVELAND, LLP**

                                        By:   /s/ Sean L. Hynes
                                                     SEAN L. HYNES
                                                     Georgia State Bar No. 381698

4818-3705-7299, v. 2