# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-02838-WMR
## Mead-Goins v. QuikTrip Corporation et al
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 11/15/2022.

TIME COURT COMMENCED: 10:23 A.M.
TIME COURT CONCLUDED: 2:55 P.M.         TAPE NUMBER: Zoom
TIME IN COURT: 4:32                     DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Candace Duvernay representing Dana Mead-Goins<br>Sean Hynes representing QuikTrip Corporation<br>** Christina Capps representing QuikTrip Corporation |
| OTHER(S) PRESENT: | Plaintiff Dana Mead-Goins |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Settlement Conference held. The parties reached an agreement. Case settled. |
| HEARING STATUS: | Hearing Concluded |